ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CORY M. PICTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: cory.picton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

17-08749MJ

| United States of America, | |
|---|---|
| Plaintiff, | MOTION TO SEAL |
| vs. | COMPLAINT |
| Ahmad Suhad Ahmad, | (UNDER SEAL) |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing the Complaint, Arrest Warrant, this Motion to Seal, and the Order to Seal for the reason that the defendant is a fugitive, until further Order of the Court.

Respectfully submitted this 8th day of November, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

CORY M. PICTON
Assistant U.S. Attorney

cc— None