```
             FILED      ____ LODGED
             RECEIVED   ____ COPY

             NOV  8 2017

             CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

vs.

Ahmad Suhad Ahmad,

   Defendant.

17-08749 MJ

ORDER TO SEAL

(UNDER SEAL)

On motion of the United States of America, good cause having been shown,

IT IS ORDERED that the Complaint, Arrest Warrant, the Motion to Seal and this Order to Seal is sealed and shall remain sealed for 180 days.

Dated this ___8___ day of November, 2017.

*[signature]*

D. Thomas Ferraro
United States Magistrate Judge

- 2 -

cc: AUSA