CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ahmad Suhad Ahmad**<br>DOB: 1988; U.S. Citizen | DOCKET NO. SEALED |
| | MAGISTRATE'S CASE NO. 17-08749MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a time unknown, and continuing to on or about March 7, 2017, at or near Tucson, in the District of Arizona, Ahmad Suhad Ahmad did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to possess with intent to distribute 100 grams or more, but less than 1 kilogram of heroin, that is, approximately 150 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

In January and February 2017, Ahmad Suhad Ahmad (Ahmad) asked confidential sources (CS1 and CS2) if they were interested in purchasing heroin. Ahmad agreed to sell heroin to CS1 and CS2 for $35 per gram that Ahmad would obtain from his neighbor (aka "Pancho"). On February 27, 2017, Ahmad met with CS1 and CS2 at 4875 E. Wyoming, Lot 22, Tucson, Arizona. Ahmad advised CS1 and CS2 that he only had 50 grams of heroin available that he would sell to them for $27 per gram. Ahmad went next door to Pancho's property to purchase the heroin. Ahmad then pulled up in a white Nissan Xterra and handed CS2 a plastic bag containing a dark substance. CS1 paid $1,600 to Ahmad ($1,300 for Pancho and $300 for Ahmad) since they originally agreed to $35 per gram for the heroin. Ahmad told CS1 he would have more heroin available the next day for CS1 to purchase. FBI agents conducted surveillance of the heroin transaction and provided the dark substance, upon receipt from CS1 and CS2, to the FBI Evidence Control Technician for processing. Analysis conducted by the DEA Regional Laboratory concluded the dark substance contained the properties of heroin and weighed 45.3 grams.

On March 1, 2017, CS1 and CS2 met Ahmad at Lot 22. Ahmad told Pancho that CS1 was interested in purchasing more heroin at a later date. On March 4, 2017, Ahmad's brother, Mohammed Ahmad, asked CS1 if he was interested in purchasing more heroin. CS1 told Mohammed that he wanted to purchase another 100 grams of heroin, so Mohammed informed Ahmed. On March 7, 2017, CS1 met Ahmad at Lot 22 to complete the heroin transaction. Ahmad told CS1 that he will pay Pancho $27 per gram for the heroin. When Ahmad tried to purchase the 100 grams of heroin, Pancho had sold all of his supply earlier that day.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA Cory Picton | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>November 8, 2017 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3 and 54

CC— NONE