FILED ✓    LODGED ___
RECEIVED ___    COPY ___

NOV  8 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   CORY M. PICTON
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone:  520-620-7300
   Email: cory.picton@usdoj.gov
6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10  United States America,

11                      Plaintiff,                  17-08749MJ

12          vs.                              NOTICE OF APPEARANCE
                                             OF GOVERNMENT COUNSEL
13  Ahmad Suhad Ahmad,
                                                   (UNDER SEAL)
14                      Defendant.

15
       Now comes the United States of America, by and through its attorneys

16  undersigned, and gives notice that CORY M. PICTON files his appearance as counsel for

17  the United States of America in the above-captioned matter.

18
       Respectfully submitted this 8th day of November, 2017.

19

20                                     ELIZABETH A. STRANGE
                                       Acting United States Attorney
21                                     District of Arizona

22

23                                     CORY M. PICTON
                                       Assistant U.S. Attorney
24

25

26

27

28

cc - None