ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Beverly K. Anderson
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 17-mj-08749-TUC-BGM |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND QUASH ARREST WARRANT |
| vs. | |
| Ahmad Suhad Ahmad, | UNDER SEAL |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, and pursuant to Federal Rule of Criminal Procedure 48(a), dismisses the complaint without prejudice against Defendant, Ahmad Suhad Ahmad, and moves to quash the arrest warrant for the defendant issued November 8, 2017, and any other arrest warrants for the defendant in this case. A form of order is attached.

Respectfully submitted this 16th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BEVERLY K. ANDERSON
Assistant U.S. Attorney