IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 17-08749MJ(BGM) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Ahmad Suhad Ahmad, | |
| Defendant. | |

The Court having considered the Plaintiff's Motion to Dismiss Complaint Without Prejudice and Quash Arrest Warrant [Doc. 6], and good cause appearing;

**IT IS ORDERED** the Motion is GRANTED and the above-captioned Complaint is dismissed without prejudice and the arrest warrant for Ahmad Suhad Ahmad issued November 8, 2017, is hereby quashed.

**IT IS FURTHER ORDERED** that the above-captioned case is unsealed. Any documents that are non-public shall remain sealed.

Dated this 19th day of March, 2018.

_____
Bruce G. Macdonald
United States Magistrate Judge