ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Beverly K. Anderson
Assistant U.S. Attorney
State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email:  Bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Ahmad Suhad Ahmad,<br><br>            Defendant. | 17-mj-08749-TUC (BGM)<br><br>**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL** |

The United States of America, by and through its undersigned attorneys, gives notice that Beverly K. Anderson files her appearance as counsel for the United States of America in the above-captioned matter, in place of AUSA Cory M. Picton.

Respectfully submitted this 29th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney